AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division          District of   Massachusetts

Deborah A. Weinberger

V.

Arne Ojala
, and
Down Cape Engineering, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **04-10731 RWZ**

TO: (Name and address of Defendant)

Down Cape Engineering, Inc.
939 Main St.
Yarmouthport, MA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry C. Effren
Law Offices of Jerry C. Effren
25 W. Union St.
Ashland, MA 01721
(508) 881-4950

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    4-12-04

CLERK                                           DATE

(By) DEPUTY CLERK