AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division                District of    Massachusetts

Deborah A. Weinberger
V.

Arne Ojala
  and
Down Cape Engineering, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-10731 RWZ

TO: (Name and address of Defendant)

Mr. Arne Ojala
1955 Main St.
W. Barnstable, MA 02668

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry C. Effren
Law Offices of Jerry C. Effren
25 W. Union St.
Ashland, MA 01721
(508) 881-4950

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  4-12-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date              *Signature of Server*

                               *Address of Server*

**Barnstable County Sheriff's Office**

I hereby certify and return that on **April 15, 2004 at 1:00 PM** I served a true and attested copy of Summons, Complaint, Civil Action Cover Sheet & Category Sheet, to the within named Defendant, Arne Ojala, by leaving at the last and usual abode to wit: 1955 Main Street, West Barnstable, MA 02668 and by mailing 1st class a copy of the Summons to the Defendant at the stated address on April 15, 2004.

Fee:      $41.40

Francis M. Welby, Deputy Sheriff
PO Box 1043, Centerville, MA  02632