UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH A. WEINBERGER,
Plaintiff

v.

ARNE OJALA and DOWN CAPE
ENGINEERING, INC.,
    Defendants

FILED
IN CLERKS OFFICE

2004 JUN -1  P 3: 18

C.A. NO. 04CV10731RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE

Now comes the undersigned, and hereby enters his appearance as counsel for the above-captioned Defendants, Arne Ojala and Down Cape Engineering, Inc.

Respectfully submitted,

_____
William F. Burke; BBO #065780
BURKE & McMENIMEN, P.C.
35 India Street, Third Floor
Boston, MA 02110
(617) 292-2300

Dated: 5-17-04