UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH A. WEINBERGER,
Plaintiff

v.

ARNE OJALA and DOWN CAPE
ENGINEERING, INC.,
   Defendants

FILED
IN CLERKS OFFICE

2004 JUN -1  P 3: 18

C.A. NO. 04CV10731RWZ
U.S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANT DOWN CAPE ENGINEERING, INC.'S
## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Now comes the Defendant, Down Cape Engineering, Inc., by and through its attorney, and discloses that it is a Massachusetts corporation with a principal place of business at 939 Main Street, Yarmouthport, Massachusetts.

Respectfully submitted,
DOWN CAPE ENGINEERING, INC.,
By its Attorney,

William F. Burke; BBO #065780
BURKE & McMENIMEN, P.C.
35 India Street, Third Floor
Boston, MA  02110
(617) 292-2300

Dated: 5-27-04