UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

∂855
WFB

| | |
|---|---|
| DEBORAH A. WEINBERGER,          Plaintiff | FILED<br>IN CLERKS OFFICE |
| v. | |
| ARNE OJALA and DOWN CAPE ENGINEERING, | 2004 JUN 25  A II: 29<br>C.A. NO. 04CV10731RWZ |
| INC.,                                Defendants | U.S. DISTRICT COURT<br>DISTRICT OF MASS |

## CERTIFICATION PURSUANT TO L.R. 16.1 (D)(3)

Counsel of record for the Defendants, Arne Ojala and Down Cape Engineering, Inc. hereby certifies that they have conferred with the Defendant regarding:

1)    establishing a budget for the costs of conducting the full course of litigation; and

2)    the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 2, 2004

Arne Ojala
Authorized Representative
Down Cape Engineering

Dated: 6/21/04

Brian J. McMenimen, BBO # 338840
BURKE & McMENIMEN, P.C.
35 India Street, Third Floor
Boston, MA  02110