**BURKE & McMENIMEN P.C.**
ATTORNEYS AT LAW
THIRTY-FIVE INDIA STREET, THIRD FLOOR
BOSTON, MASSACHUSETTS 02110
TEL: (617) 292-2300   FAX: (617) 457-5772

WILLIAM F. BURKE
BRIAN J. McMENIMEN
CHRISTINE M. TYNAN
JOSEPH A. MERLINO

July 13, 2004

Clerk, Civil
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:  Insured:   Down Cape Engineering, Inc.
     Claimant:  Weinberger
     Claim No.: 26-7399
     Our File No.: 2855

Dear Sir/Madam:

In connection with the above-captioned matter enclosed please find the defendant's suggestion as to the scheduling in the case. The parties in this matter were unable to reach an agreement regarding scheduling in this matter

Thank you.

Very truly yours,

William F. Burke

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH A. WEINBERGER, Plaintiff<br><br>v.<br><br>ARNE OJALA and DOWN CAPE ENGINEERING, INC., Defendants | C.A. NO. 04CV10731RWZ |

## STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

(1) Discovery Plan and Plan for Filing of Motions

| Proposed Deadline | Item |
|---|---|
| August 15, 2004 | Initial Disclosures, per Rule 26(a)(1) |
| September 1, 2004 | Completion of Answers to Interrogatories and Responses to Production Requests previously Propounded |
| December 17, 2004 | Completion of fact discovery and depositions; |
| January 3, 2005 | Service of Plaintiff's written expert disclosures |
| January 30, 2005 | Service of Defendants' written expert disclosures |
| March 1, 2005 | Depositions of liability expert witnesses |
| April 1, 2005 | Submission of summary judgment motions |

PDF created with pdfFactory trial version www.pdffactory.com

DEFENDANTS,
Arne Ojala and Down Cape Engineering,
By their attorney,

_[signature]_

William F. Burke, Esq.; BBO #06578
BURKE, McMENIMEN & PAYTON, P.C.
35 India Street, Fifth Floor
Boston, MA  02110
(617) 292-2300

Dated: 7-13-04

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on 7-13-04.

PDF created with pdfFactory trial version www.pdffactory.com