UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2855
WFB

| | |
|---|---|
| DEBORAH A. WEINBERGER,       Plaintiff<br><br>V.<br><br>ARNE OJALA and DOWN CAPE ENGINEERING, INC.,       Defendants | C.A. NO. 04CV10731RWZ |

### CERTIFICATION PURSUANT TO L.R. 16.1 (D)(3)

Counsel of record for the Defendants, Arne Ojala and Down Cape Engineering, Inc. hereby certifies that they have conferred with the Defendant regarding:

1)     establishing a budget for the costs of conducting the full course of litigation; and

2)     the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 2, 2004

_____
Arne Ojala
Authorized Representative
Down Cape Engineering

Dated: 6/21/04

_____
Brian J. McMenimen, BBO # 338840
BURKE & McMENIMEN, P.C.
35 India Street, Third Floor

PDF created with pdfFactory trial version www.pdffactory.com