UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10731RWZ

| | |
|---|---|
| DEBORAH A. WEINBERGER | ) |
| Plaintiff, | ) |
| v. | ) |
| ARNE OJALA and DOWN CAPE ENGINEERING, INC. | ) |
| Defendants | ) |

## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Counsel of record for the Plaintiff, Deborah A. Weinberger, and Deborah A. Weinberger hereby certify that they have conferred regarding:

1. establishing a budget for the costs of conducting the full course of this litigation; and

2. the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Deborah A. Weinberger

_____
Jerry E. Effren (BBO# 151580)

Dated: July 12, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon the attorney of record for each party by mail / by hand / by fax transmittal (please circle).

Date: 7-12-04

F:\Data\WORD\W\Weinberger\Deborah\PLEADINGS\Rule 16.1 cert.doc