## LAW OFFICES OF JERRY C. EFFREN

Jerry C. Effren
------------------------
Michael J. O'Brien*
Brennan F. Wall

*Also admitted in Rhode Island

25 West Union Street
Ashland, Massachusetts 01721
(508) 881-4950 – Telephone
(508) 881-7563 – Telecopier
E-Mail Address: info@effren.net

SCANNED

**Via First Class Mail
And Facsimile: 617/ 748-9096; 617/ 457-5772**

**September 16, 2004**

United States District Court
John Moakley U.S. Courthouse
Ms. Lisa Urso
1 Courthouse Way
Boston, MA 02210

**Re:    Weinberger v. Ojala and Down Cape Engineering, Inc.
         U.S. District Court C.A. No. 04-10731RWZ**

Dear Ms. Urso:

    Confirming my conversation with you yesterday, the parties in the above referenced action are not yet able to report to Judge Zobel as to settlement status. The prospects for settlement will depend to a significant extent upon a review of each party's real estate appraisal and such review has been initiated but not completed. You informed me that the parties may report the status of settlement to Judge Zobel when they are ready to do so. We anticipate being in such a position soon. Thank you for your time attending to this matter.

Very truly yours,

Law Offices of Jerry C. Effren

Michael J. O'Brien

**Cc:    William Burke, Esq.**
F:\Data\WORD\W\Weinberger\Deborah\Court 04-09-15.doc