UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10731RWZ

DEBORAH A. WEINBERGER )
)
Plaintiff, )
)
v. )
)
)
ARNE OJALA and DOWN CAPE )
ENGINEERING, INC. )
)
Defendants )

**DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 37.1**
**REGARDING DEFENDANTS' MOTION TO VACATE COURT'S ORDER**

Now comes counsel for Defendants' Ojala and Down Cape Engineering, Inc in the above-captioned matter and certifies, pursuant to Rule 37.1 that he has, on 12/30/04, consulted with Plaintiff's attorney Michael O'Brien concerning said motion and Mr. O'Brien has informed Defendants' counsel that Plaintiff will not oppose Defendants' Motion to Vacate the Court's Order of 12/16/04.

Respectfully submitted for Defendants'
Ojala and Down Cape Engineering by
their attorney,

William F. Burke, Esq. BBO #065780
Burke & McMenimen P.C.
Thirty-five India Street, Third Floor
Boston, MA 02110.

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on [illegible]