UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBORAH WEINBERGER
    Plaintiff

V.

                                  CIVIL ACTION:04-10731RWZ

ARNE OJALA ET AL
    Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                              MAY 4, 2005

      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

                                                                      By the Court,

                                                                      s/ Lisa A. Urso
                                                                      Deputy Clerk

30day.ord